# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| INDUSTRIAL PART DEPOT, LLC, a California Limited Liability Corporation ) ) ) | Case No. 1:16-cv-1843 |
| Plaintiff, ) ) | Judge Donald Nugent |
| ) | Magistrate Judge Parker |
| v. ) ) | |
| FEDERAL MOGUL HOLDINGS CORPORATION ) ) ) | |
| And ) ) | |
| FEDERAL MOGUL WORLD WIDE INC. ) ) ) | |
| Defendants. ) _____ ) | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Industrial Part Depot, LLC and Defendants, Federal Mogul Holdings Corporation and Federal Mogul World Wide, Inc., by and through undersigned counsel, hereby stipulate and agree that the date for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be on or before September 19, 2016.

1

AGREED and APPROVED

/s/ Robert W. McIntyre (per email authority)
Robert W. McIntyre (0006768)
WEGMAN HESSLER & VANDERBURG
6055 Rockside Woods Blvd., Suite 200
Independence, OH 44131
Telephone (216) 642-3342
Facsimile (216) 642-8826
E-mail rwmcintyre@wegmanlaw.com
Counsel for Plaintiff

/s/ Jonathan R. Secrest
Jonathan R. Secrest (0075445)
DICKINSON WRIGHT PLLC
150 East Gay Street, Suite 2400
Columbus, Ohio 43215
Telephone (614) 744-2572
Facsimile (248) 433-7274
E-mail jsecrest@dickinsonwright.com

H. Jonathan Redway (Va. Bar No. 42189)
DICKINSON WRIGHT PLLC
1875 Eye St., N.W., Suite 1200
Washington, D.C.  20006
Tel:  202.659.6946
Fax: 202.659.1559
jredway@dickinsonwright.com
(pending pro hac admission)
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Jonathan R. Secrest
Jonathan R. Secrest (0075445)

COLUMBUS 710240-8027 54089v1