IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Industrial Parts Depot, LLC, | ) | Case No.:  1:16-cv-1843 |
| *Plaintiff,* | ) ) ) | Judge Donald J. Nugent |
| v. | ) ) | Magistrate Judge Parker |
| Federal-Mogul Corporation, et al. | ) ) ) | JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF |
| *Defendants*. | ) | SETTLEMENT |

Plaintiff Industrial Part Depot, LLC ("IPD") and Defendants Federal Mogul Corporation and Federal Mogul World Wide, Inc. ("F-M") file this Joint Motion to Stay All Deadlines and Notice of Settlement.  Plaintiff and Defendants hereby notify the Court that the Plaintiff and Defendants have reached an agreement in principle with regards to the matters in controversy between Plaintiff and Defendants and therefore jointly request that the Court stay all unreached deadlines as to IPD and F-M for thirty (30) days; and that the Case Management Conference presently scheduled for November 18, 2016 be cancelled so that appropriate settlement documents and dismissal papers may be completed and submitted.

Respectfully submitted,

/s/ Robert W. McIntyre
Robert W. McIntyre (0006768)
WEGMAN HESSLER & VANDERBURG
6055 Rockside Woods Blvd., Suite 200
Independence, OH 44131
Telephone (216) 642-3342
Facsimile (216) 642-8826
E-mail rwmcintyre@wegmanlaw.com
**Counsel for Plaintiff**

Dated:  November 9, 2016

/s/ Jonathan R. Secrest
Jonathan R. Secrest (0075445)
DICKINSON WRIGHT PLLC
150 East Gay Street, Suite 2400
Columbus, Ohio 43215
Telephone (614) 744-2572
Facsimile (248) 433-7274
E-mail jsecrest@dickinsonwright.com

/s/ H. Jonathan Redway
H. Jonathan Redway (Va. Bar No. 42189)
DICKINSON WRIGHT PLLC
1875 Eye St., N.W., Suite 1200
Washington, D.C. 20006
Tel: 202.659.6946
Fax: 202.659.1559
jredway@dickinsonwright.com
**Counsel for Defendants**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff IPD conferred with counsel for Defendants F-M and this motion is unopposed.

/s/ Robert W. McIntyre
Robert W. McIntyre

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Motion to Stay All Deadlines and Notice of Settlement is being filed electronically on November 9, 2016.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert W. McIntyre
ROBERT W. McINTYRE (0006768)
*Counsel for Plaintiff*