UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


INDUSTRIAL PARTS DEPOT, LLC,     )     Case No. 1:16 CV 1843
                                      )
                                      )     JUDGE DONALD C. NUGENT
              Plaintiff,         )
                                        )
              vs.                 )     ORDER OF DISMISSAL
                                        )
FEDERAL- MOGUL CORPORATION,     )
et al.,                                 )
                                        )
             Defendants.     )


Counsel has notified the Court that above captioned case has been settled and dismissed

with prejudice. Parties may file any additional documentation evidencing the settlement.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.


                                    _/s/Donald C. Nugent____
                                    DONALD C. NUGENT
                                    United States District Judge


DATE: __November 10, 2016__