UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INDUSTRIAL PARTS DEPOT, LLC, | Case No. 1:16-cv-1843 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | |
| FEDERAL-MOGUL CORPORATION, *et al.*, | JOINT STIPULATION FOR A SUPPLEMENTAL ORDER OF CASE DISMISSAL |
| Defendants | |

Plaintiff Industrial Parts Depot, LLC ("IPD"), Defendant Federal-Mogul Holdings Corporation, and Defendant Federal-Mogul World Wide Inc. (collectively "F-M"), by and through counsel of record in this matter, stipulate that:

1. On November 9, 2016 IPD and F-M filed their Joint Motion to Stay all Deadlines and Notice of Settlement (Dkt 17);

2. On November 10, 2016, pursuant thereto the Court entered an Order of Case Dismissal in the above-captioned case (Dkt 18); and

3. IPD and F-M respectfully stipulate and request herein that the Court supplement the Order of Case Dismissal to reflect that it will maintain jurisdiction to enforce the terms of settlement as set forth in the attached *Joint Stipulated Supplemental Order of Case Dismissal*.

Dated: December 1, 2016                  Respectfully submitted,

AGREED and APPROVED

*/s/ Robert W. McIntyre*
Robert W. McIntyre (0006768)
WEGMAN HESSLER & VANDERBURG
6055 Rockside Woods Blvd., Suite 200
Independence, OH 44131
Telephone (216) 642-3342
Facsimile (216) 642-8826
E-mail rwmcintyre@wegmanlaw.com
*Counsel for Plaintiff*

*/s/ Jonathan R. Secrest*
Jonathan R. Secrest (0075445)
DICKINSON WRIGHT PLLC
150 East Gray Street, Suite 2400
Columbus, Ohio 43125
Tel: 614.744.2572
Fax: 248.433-7274
*jsecresty@dickinsonwright.com*

*/s/ H. Jonathan Redway*
H. Jonathan Redway (Va. Bar No. 42189)
DICKINSON WRIGHT PLLC
1825 Eye Street, N.W., Suite 900
Washington, D.C. 20006
Tel: 202.659.6946
Fax: 202.659.1559
jredway@dickinsonwright.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation for a Supplemental Order of Case Dismissal is being filed electronically on December 1, 2016. Notice of the filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert W. McIntyre*
Robert W. McIntyre (0006768)