UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| INDUSTRIAL PARTS DEPOT, LLC, | ) Case No. 1:16-cv-1843 |
|---|---|
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| vs. | ) |
| FEDERAL-MOGUL CORPORATION, *et al.*, | ) JOINT STIPULATED SUPPLEMENTAL ORDER OF CASE DISMISSAL |
| Defendants. | ) |

Plaintiff Industrial Parts Depot, LLC ("IPD"), Defendant Federal-Mogul Holdings Corporation, and Defendant Federal-Mogul World Wide Inc. (collectively "F-M"), by and through counsel of record in this matter, have submitted their Joint Stipulation for a Supplemental Order of Case Dismissal (Dkt 19).

The Joint Stipulation for a Supplemental Order of Case Dismissal is well taken and therefore the Court shall exercise continuing jurisdiction over the parties for the purpose of enforcing the terms and conditions of said settlement.

Dated: December 1, 2016

**IT IS SO ORDERED.**

_Donald C. Nugent_ 12/21/16
The Honorable Donald C. Nugent
United States District Court Judge